No. 85–1632. ILLINOIS *v.* HATTERY. Sup. Ct. Ill. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE would grant certiorari. ■

No. 85–1814. EUBANK *v.* INTERNATIONAL PAPER CO. ET AL. C. A. 5th Cir. Motion of respondent International Paper Co. for award of damages denied. Certiorari denied. ■

No. 85–1855. JONES *v.* DEPARTMENT OF HUMAN RESOURCES OF THE STATE OF GEORGIA ET AL. C. A. 11th Cir. Motion of respondents to strike petition as frivolous denied. Certiorari denied.